IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-00746-CNS-MEH

DUSTIN NAPIER,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR LARIMER COUNTY,
JUSTIN SMITH, Sheriff of Larimer County, in his official capacity,
CAPTAIN TIMOTHY PALMER,
CORRECTIONS OFFICER LUKE ALBROOK,
CORRECTIONS OFFICER KELLY MCELVAIN,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
KEITH MCLAUGHLIN, MD,
CHARLES DAVIS, MD,
HANNAH HOLIDAY, ARNP,
SUZANNE MONDANI, RN,
LYNN SCHULTZ, RN,
MICHELLE WILSON, MA, and
Correctional Officer John Does 1-2,

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND AND DEFENDANTS HANNA HOLIDAY, ARNPO AND LYNN SCHULTZ, RN**

---

THIS MATTER coming on to be heard pursuant to stipulations of the Plaintiff and Defendants Hannah Holiday, ARNPO and Lynn Schultz, RN, (ECF Nos. 122 and 123) and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to Plaintiff and Defendants Hannah Holiday, ARNPO and Lynn Schultz, each party to pay his, her or its own costs and attorneys' fees.

Dated this 13th day of March 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

2