# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00746-CNS-MEH

DUSTIN NAPIER,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR LARIMER COUNTY, et al.,

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS ARMOR CORRECTIONAL HEALTH SERVICES, INC., KEITH MCLAUGHLIN, M.D., SUZANNE MONDANI, MICHELLE WILSON, KELLY McELVAIN, SHERIFF JUSTIN SMITH, AND CAPTAIN TIMOTHY PALMER**

---

THIS MATTER, being heard pursuant to the Parties' Joint Motion to Dismiss (ECF No. 137) and the Court being fully advised, finds as follows:

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to Defendants Armor Correctional Health Services, Inc., Keith McLaughlin, M.D., Suzanne Mondani, Michelle Wilson, Kelly McElvain, Sheriff Justin Smith, and Captain Timothy Palmer with each party to pay their own costs and attorneys' fees. There thus remains in this matter a single claim for 14th Amendment Deliberate Indifference to Serious Risk of Harm pursuant to 42 U.S.C. § 1983, solely against Defendant Larimer County Deputy Albrook and John Does 1-2.

SO ORDERED this 15th day of May 2023.

BY ORDER OF THE COURT:

_____

United States District Court Judge
Charlotte N. Sweeney