IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 21-cv-00746-CNS-MEH | Date: November 7, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| DUSTIN NAPIER<br>**Plaintiff**<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS FOR LARIMER COUNTY<br>LUKE ALBROOK<br>**Defendant** | *John Shoreman via VTC*<br><br><br><br><br>*Heather Khulman*<br>*Michael Lowe* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 3:00 p.m.

Appearance of counsel.

By stipulation, the Board of County Commissioners for Larimer County is no longer a defendant in this case.

**ORDERED:** Request by the defendant to supplement Exhibits C and E is GRANTED.

Argument as to [143] Defendant Albrook's Motion for Summary Judgment given by Mr. Lowe and Mr. Shoreman with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** [143] Defendant Albrook's Motion for Summary Judgment is GRANTED, judgment to enter after supplemental exhibits have been filed.

Court in Recess: 3:51 p.m.          Hearing concluded.          Total time in Court: 00:51