IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00746-CNS-MEH

DUSTIN NAPIER,

    Plaintiff,

v.

LUKE ALBROOK,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of U.S. District Judge Charlotte N. Sweeney issued at the Oral Argument hearing held on November 7, 2023, [ECF No. 158] it is

ORDERED that Defendant Albrook's Motion for Summary Judgment [ECF No. 143] is GRANTED.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff.  It is

FURTHER ORDERED that the defendant is awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 8th day of November, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk